

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00820-CR

**EX PARTE** Cassandra **STEELE**

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 9444-1
Honorable Kirsten Cohoon, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE
VALENZUELA

In accordance with this court's opinion of this date, the trial court's August 22, 2023 order denying appellant's amended application for writ of habeas corpus is AFFIRMED.

SIGNED September 11, 2024.

_____
Rebeca C. Martinez, Chief Justice